UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>0738106 B.C. LTD; 0738116 B.C. LTD; 0738126 B.C. LTD.; 360 NORTHWEST TELLECOM, LLC; D&D ASSOCIATES LLC; LLS AMERICA, LLC (a Nevada limited liability company); LLS AMERICA, LLC (a Utah limited liability company); LLS CANADA, LLC (a Nevada limited liability company); LLS CANADA, LLC (a Utah limited liability company); and TEAM SPIRIT AMERICA, LLC,<br><br>    Defendants. | NO. CR-11-159-RHW-2<br>CR-11-159-RHW-3<br>CR-11-159-RHW-4<br>CR-11-159-RHW-5<br>CR-11-159-RHW-6<br>CR-11-159-RHW-7<br>CR-11-159-RHW-8<br>CR-11-159-RHW-9<br>CR-11-159-RHW-10<br>CR-11-159-RHW-11<br><br>**ORDER GRANTING MOTION TO DISMISS INDICTMENT** |

Before the Court is the Government's Motion to Dismiss Indictment, ECF No. 143). The motion was heard without oral argument and on an expedited basis.

The Government moves to dismiss the Indictment against the Corporate Defendants. Pursuant to Fed. R. Crim. P. 48, the Government may by leave of Court file a dismissal of an indictment. "If the district court finds that the prosecutor is acting in good faith in making its Rule 48(a) motion, it should grant the motion; conversely, Rule 48(a) empowers the district court to exercise its discretion in denying the motion when it specifically determines that the government is operating in bad faith." *United States v. Hayden*, 860 F.2d 1483,

**ORDER GRANTING MOTION TO DISMISS INDICTMENT** ~ 1

1487 (9th Cir. 1988).  The Court finds no evidence of bad faith in the Government's motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion to Dismiss Indictment, ECF No. 143, is **GRANTED**.

2. The Indictment alleged against the Corporate Defendants is **dismissed** without prejudice.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this order and provide copies to counsel.

**DATED** this 23rd day of December, 2013.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\RHW\aCRIMINAL\2011\11-159\dismiss.wpd

**ORDER GRANTING MOTION TO DISMISS INDICTMENT** ~ 2